Rev. 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GEORGE WEBB SWEIGERT, et al

    Plaintiff

vs.

JOHN PODESTA, et al

    Defendant

Civil No.  17-2330  (RC)

Category  F

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __11/21/17__ from __Judge Tanya S. Chutkan__ to __Judge Rudolph Contreras__ by direction of the Calendar Committee.

(Case Related)

**JUDGE ELLEN S. HUVELLE**
Chair, Calendar and Case Management Committee

cc: Judge Rudolph Contreras & Courtroom Deputy
Judge Tanya S. Chutkan & Courtroom Deputy
Liaison, Calendar and Case Management Committee