UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

)
GEORGE WEBB SWEIGERT             )    Civil Action   1:17-cv-02330-(RC)
   Plaintiff(s)                 )    Filed   12/08/2017
     vs.                      )    Judge Rudolph Contreras
JOHN PODESTA, et al.             )
   Defendant(s)                 )

*[Handwritten stamp/note: "LET THIS BE FILED + DENIED — Discovery has not yet commenced in this case." Signed 12/12/2017]*

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

This motion is made pursuant to the *Federal Rules of Civil Procedure* ("Rule 37"), and shall be based on this notice.

**Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions**

*(a) Motion for an Order Compelling Disclosure or Discovery.*

  *(1) In General. On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.*

  *(2) Appropriate Court. A motion for an order to a party must be made in the court where the action is pending. A motion for an order to a nonparty must be made in the court where the discovery is or will be taken.*

  *(3) Specific Motions.*

    *(A) To Compel Disclosure. If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.*



RECEIVED
DEC 11 2017
Clerk, U.S. District and
Bankruptcy Courts

> *(B) To Compel a Discovery Response. A party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if:*
>
> > *(i) a deponent fails to answer a question asked under <u>Rule 30</u> or <u>31</u>;*
> >
> > *(ii) a corporation or other entity fails to make a designation under <u>Rule 30(b)(6)</u> or <u>31(a)(4)</u>;*
> >
> > *(iii) a party fails to answer an interrogatory submitted under <u>Rule 33</u>; or*
> >
> > *(iv) a party fails to produce documents or fails to respond that inspection will be permitted—or fails to permit inspection—as requested under <u>Rule 34</u>.*
>
> *(C) Related to a Deposition. When taking an oral deposition, the party asking a question may complete or adjourn the examination before moving for an order.*
>
> *(4) Evasive or Incomplete Disclosure, Answer, or Response. For purposes of this subdivision (a), an evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond.*

Defendant Glenn R. Simpson of Fusion GPS has not responded to the Plaintiff's Summons after being properly served according to this Court's Docket. The Plaintiff motions this Court to compel production of relevant documents in the case compiled by public investigative bodies.

Upon information and belief, these 112 bank records exist, and are easily retrievable and reproducible.

**<u>Washington Times</u>** *reports:*

***Fusion** and the House at first worked out a deal for relevant banks records. But House lawyers say they learned that Fusion withheld 112 transactions pertinent to the Russia probe.*

*The suspect transactions, House lawyers say, deal with two Russia issues. One is the dossier. The other is Fusion's payments from another law firm, BakerHostetler. That money came from the Russian firm Prevezon Holdings which is lobbying Washington to repeal a law that brought stiff economic sanctions on President Vladimir Putin's regime.*

I hereby motion the Defendant be immediately compelled to produce the (ONE HUNDRED TWELVE) 112 bank records withheld from the House Permanent Select Committee on Intelligence in the US Congress. The production of these withheld documents will serve the interest of judicial economy for this Court.

Respectfully submitted,

*George Webb Sweigert*

/s/George Webb Sweigert, Pro Se

8850 Hampton Mall Drive

Capitol Heights, MD 20743

(503) 919-0748

georg.webb@gmail.com

EXHIBITS A + B ATTACHED

(http://dailycaller.com/)

EXHIBIT A

 (http://www.twitter.com/dailycaller)  (http://www.facebook.com/DailyCaller)
 (https://plus.google.com/104273926598894453484/posts)  (https://www.linkedin.com/company/the-daily-caller)

INVESTIGATIVE GROUP

THE DAILY CALLER NEWS FOUNDATION (http://dailycallernewsfoundation.org/)



Becerra Tried To Block Server Admin Over Red Flags, But Logins Continued, With Muted Reaction



**LUKE ROSIAK** (http://dailycaller.com/author/luke-rosiak/)
Investigative Reporter
(http://dailycaller.com/author/luke-rosiak/)

6:52 AM 12/11/2017

f  126

y  0

g+

✉  🖨  💬  ⌲

Xavier Becerra, the chairman of the House Democratic Caucus, barely reacted when he learned the caucus server had been infiltrated in 2016, although he loudly decried the hack of the Democratic National Committee that happened around that same time. No one has faced punishment for the caucus server infiltration.

The then-congressman, who is now California's attorney general, refused to articulate even the barest details of the cyber breach at a press conference Wednesday, and would not say whether he's seeking criminal charges against longtime IT aide Imran Awan and his family.

Members of the Awan family logged on to the Caucus server 7,000 times without authorization between October 2015 and August 2016, according to a House investigation. The logins suggested "the server is being used for nefarious purposes and elevated the risk that individuals could be reading and/or removed information," it said.

Multiple sources said Sean McCluskie, who was Becerra's chief of staff and is now chief deputy attorney general of California, knew of problems well before law enforcement was brought on board in October 2016.

Imran's brother Abid Awan had no connection to either the caucus or Becerra's congressional office and had no authorization or reason to log in, but he was doing so anyway, according to investigators. Becerra had paid Imran to manage his personal office server since 2004, adding in his wife Hina Alvi as a second IT aide in 2013. Hina Alvi was also the sole IT aide on the payroll of the caucus, which has its own staff and equipment. Other aides had no connection or authorization to access it.

McCluskie suspected Abid and quietly tried to address the issue by quietly blocking him. Abid defied him and continued to access the server, which should have raised urgent red flags, the sources said.

"The Caucus Chief of Staff requested one of the shared employees to not provide IT services or access their computers," but "this shared employee continued," the House report found. The logins continued for months, and eventually, police said the entire server with evidence on it disappeared and was replaced with a different one.

The Daily Caller News Foundation asked Becerra about the incident and his response to it on Wednesday.

"Go back and research your facts, you've got them wrong. I understand that this matter is still under investigation, and we have cooperated with the authorities both within Congress and with the federal government on this," Becerra said. He refused four times to say what facts he was contesting or to elaborate on the incident in any way.

His reaction is odd given Democrats' vocal abhorrence of the breach of the DNC resulting in the publication of its emails by Wikileaks, which Democrats have called an "assault on our democracy." Early signs of that breach were treated casually http://dailycaller.com/2017/11/07/wasserman-schultzs-tone-was-so-casual-when-telling-dnc-about-hacking/) by the DNC when first detected: A tech manager said he was too busy with other matters to chase down leads, the FBI's calls weren't returned, the DNC delayed a response to focus on the primaries, and Donna Brazile said when DNC Chairwoman Debbie Wasserman Schultz finally relayed the news of the breach to officers weeks later, her tone was "casual."

But even after the Wikileaks publication of DNC emails, Becerra never publicly acknowledged nor demanded consequences for the cyber breach on the server of a group similar in nature to the DNC.

Eighteen months later, no one has been charged or disciplined for the breach, which is perhaps not surprising since the victims don't appear to be asking for it.

The Awan family was logging in to Becerra's Caucus server with 17 different accounts belonging to offices whose data should have had no connection to the caucus, according to the House investigative report. The patterns were consistent with data being funneled onto

Becerra's server from other members of Congress, but members said Becerra never alerted them of any aberrations.

When TheDCNF broke the story about the caucus server in September (http://dailycaller.com/2017/09/12/exclusive-dws-it-guy-was-banned-from-house-after-trying-to-hide-secret-server/), neither a Becerra representative nor McCluskie acknowledged the breach occurred. A spokesman finally told Fox News a month later that "since (http://www.foxnews.com/politics/2017/10/11/imran-awan-case-lawmaker-calls-massive-data-transfers-from-wasserman-schultz-aide-substantial-security-threat.html) he was first approached by the authorities, AG Becerra has worked with them to provide them the information requested."

Along with Rep. Debbie Wasserman Schultz and Rep. Gregory Meeks of New York, Becerra was Awan's most consistent and earliest backer. He hired him in 2004, and between his personal office and the caucus that he controlled, paid the Awan family more money (http://s3-us-west-2.amazonaws.com/dailycaller/awan/awanoffices.html) than any other member, payroll data shows.

This means examining Awan's activities in 2016 could have created problems for Becerra and raised questions about more than a decade of potentially-compromised data as well as his judgment for not acting on warning signs. After 2004, Imran's entire family — and a friend whose most recent job experience was at McDonald's –eventually joined the House payroll. The staffers were mostly paid chief-of-staff level salaries, and newly-elected members said other lawmakers encouraged them to put the on their payroll by other lawmakers.

A senior Republican official with direct knowledge of the probe told TheDCNF "they [the Awans] had access to all the data including all emails. Imran Awan is the walking example of an insider threat, a criminal actor who had access to everything."

They were using the House Democratic Caucus as their central service warehouse … It was a breach. The data was completely out of [the members'] possession. Does it mean it was sold to the Russians? I don't know," the official said.

On Jan. 24, 2017, Becerra vacated his congressional seat to become California's attorney general and hoped to clear his data. "We asked for an image of the server, and [the Awans] deliberately turned over a fake server," the senior official said.

It was only then that the Awans were banned from the network. Since that time, Democrats have claimed they have never been informed of any breach, and those who did know — including Becerra — have gone to lengths to avoid discussing it or even defended the Awans. Wasserman Schultz suggested Islamophobia fueled criticism of the Awans' alleged behavior. IT colleagues said they have long sensed something untoward in members' relationship with the Awans, and even suspected that the Awans might be blackmailing (http://dailycaller.com/2017/05/21/house-it-aides-fear-suspects-in-hill-breach-are-blackmailing-members-with-their-own-data/) members with their own emails.

Investigators also suspected the Awans of falsifying invoices for computer equipment in the House, and their attorneys said members of Congress or their staffs told them (http://dailycaller.com/2017/10/04/lawyer-for-it-aide-says-dem-congressmen-to-blame-for-falsified-spending-records/) to fudge the records.

After the Awans were banned, the reasons for concern only worsened:

- Prosecutors have said both Imran Awan and his wife Hina Alvi tried to flee the country, with Awan using an alias (http://dailycaller.com/2017/10/06/imran-awan-very-strongly-wants-to-block-review-of-hard-drive-was-using-alias/).
- Imran left a laptop with the username RepDWS in a phone booth (http://dailycaller.com/2017/09/06/exclusive-did-imran-want-capitol-police-to-find-wasserman-schultzs-laptop/) with a letter to prosecutors in March 2017 after being banned from the House network, according to a Capitol Police report.
- Imran's stepmom said in a civil suit that "Imran Awan threatened that he is very powerful and if I ever call the police again, [he] will … kidnap (http://dailycaller.com/2017/04/30/stepmom-says-house-it-scandal-figure-threatened-kidnappings-of-pakistani-kin/) my family members." His wife (http://dailycaller.com/2017/10/09/imran-awans-own-wife-accuses-him-of-fraud/) Hina said in a Pakistani suit that he "threatened the complainant of dire consequences, he also threatened to harm the lives of family of [Hina] if she intervenes." Another woman filed a police report in Virginia saying Imran was keeping her "like a slave." (http://dailycaller.com/2017/09/20/like-a-slave-three-muslim-women-at-least-one-of-them-bloodied-called-police-on-imran-awan/)
- It emerged that Imran had a secret email address, 123@mail.house.gov (mailto:123@mail.house.gov), that was not turned off when he was banned, and it used name of an employee for Rep. Andre Carson who specialized in intelligence matters (http://dailycaller.com/2017/08/29/exclusive-imran-awan-has-still-active-secret-house-account-and-its-tied-to-an-intelligence-staffer/), according to court documents.
- It emerged that the Awans own significant real estate holdings in Pakistan that locals say were the fruits of fraud, that charges there were dropped (http://dailycaller.com/2017/11/14/dem-it-aide-used-political-influence-to-have-fraud-charges-dropped-in-pakistan-paper-says/) under

political pressure, and that they sent money to a Pakistani police officer (http://dailycaller.com/2017/10/02/wasserman-schultz-it-aide-bragged-he-paid-pakistani-police-for-protection/).

## The IT guys in the House criminal probe could read these members' emails

The Awans and their associates collected more than $5 million in pay from congressional offices, often drawing chief-of-staff level pay though there is reason to believe many didn't even show up. They are suspected of cybersecurity violations.
The money is broken down by year, congressional office and family member paid:
Imran, Abid and Jamal Awan and Hina Alvi, Natalia Sova and Rao Abbas.

☐ Show current members only
Click a year to sort by payments that year

| Member | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gregory Meeks (D-NY) | | | | | | | | | | | | | | | |
| Robert Wexler (D-FL) Left office 2010 | | | | | | | | | | | | | | | |
| Xavier Becerra (D-CA) Left office 2017 | | | | | | | | | | | | | | | |
| Chris Bell (D-TX) Left office 2004 | | | | | | | | | | | | | | | |
| Stephanie Tubbs Jones (D-OH) Left office 2008 | | | | | | | | | | | | | | | |
| Jim Costa (D-CA) | | | | | | | | | | | | | | | |
| Hilda Solis (D-CA) Left office 2009 | | | | | | | | | | | | | | | |
| Debbie Wasserman Schultz (D-FL) | | | | | | | | | | | | | | | |

Imran Awan: A Continuing DCNF Investigative Group Series

- *Court docs*
- Hard Drive Tied to Wasserman Schultz Is Central To Imran Awan Case
- 18 Months In, Dem IT Aides Not Charged With Hill Crimes Despite Evidence
- Used Political Influence To Have Fraud Charges Dropped In Pakistan
- Own Wife Turns, Accuses Him Of Fraud, Violent Threats
- Imran Awan 'Very Strongly' Wants To Block Review Of Hard Drive, Was Using Alias
- Lawyer Says Congressmen Wanted Invoices Falsified
- Sending Money To Police Officer In Pakistan
- Funneling 'Massive' Data Off Congressional Server, Dems Claim It's Child's Homework
- 'Like a Slave': Three Muslim Women, At Least One Of Them Bloodied, Called Police on Imran
- Had Secret Server, Caught Falsifying Evidence To Cover It Up
- Imran Still Has Copy Of House Laptop DWS Said Has Sensitive Leg-Branch Info
- DWS Laptop Found at 3AM In Phone Booth With Letter To Prosecutors
- Awan Asks Judge To Remove GPS, Citing Possible Emergency With Kids--Who Are In Pakistan
- Has Secret, Still-Active House Account--123@mail.house.gov--Linked To Intelligence Specialist
- DWS 'Islamophobia' Claim Prompts Angered Witnesses To Go Public
- Rep. Yvette Clarke Quietly Signed Away $120,000 In Missing Equipment
- Imran, Hina Indicted For Conspiracy Against U.S.
- DWS Now Says Laptop She Sought To Keep From Police Was Awan's, Not Hers
- Liquidating $1.8M In Real Estate When Arrested, Some Still Pending
- DWS Seemingly Planned To Pay Suspect Even While He Lived In Pakistan

Follow Luke on Twitter (http://twitter.com/lukerosiak). Send tips to luke@dailycallernewsfoundation.org (luke@dailycallernewsfoundation.org). PGP key (https://t.co/jopUbpJcMM).

Content created by The Daily Caller News Foundation is available without charge to any eligible news publisher that can provide a large audience. For licensing opportunities of our original content, please contact licensing@dailycallernewsfoundation.org (licensing@dailycallernewsfoundation.org).

Tags: House Democratic Caucus (http://dailycaller.com/buzz/house-democratic-caucus/), Imran Awan (http://dailycaller.com/buzz/imran-awan/), Xavier Becerra (http://dailycaller.com/buzz/xavier-becerra/)

💬 Show comments



EXHIBIT B

# Awan Brothers - A Spy Ring in Congress?

Sep 1, 2009

● Imran Goes To Pakistan To Get Father Out of Trouble

Imran's father stole twelve farms in Faisalabad.

Sep 15, 2009

● Hina Alvi Hired Q3 2009 In Greg Meeks Office

Her travel records will be important.

Jul 30, 2010

● Nancy Pelosi Appoints Grafenstine First Woman House IG

Steny Hoyer and John Boehner sign off as Majority and Minority Leaders as well.

Nov 1, 2011

● Natalia Sova Is Hired By Ted Deutch, FL-21

Sova Works Seven Months - Runs EZ Car Buying

Dec 1, 2011

● Russia Rosatom Bribe Man Mikerin Gets Visa

Mikeran Had Already Been Operating in US for 14 months



Jan 10, 2012



Abid Files For Bankruptcy in Alexandria, VA. $1,000,000 in CIA Car Dealer Debt

May 20, 2012

Abid Grant Bankruptcy - HSBC and Best Buy Are Creditors

Nov 11, 2012



### Rao Abbas Is Hired To Work In Congress

Rao "Speedwagon" Abbas is the hand pick surrogate of Imran Awan. I have speculated after Obama wins re-election, Imran begins spending three winter months a year in Pakistan, organizing programmers and working with his father's "farms".

Jan 18, 2013

Imran Awan Starts Affordable Services in Manassass, VA

Jan 20, 2013

Haseeb Rana Is Hired To Take Over For Rao Abbas

May 17, 2013

Imran Awan Starts Affordable Homes in Virginia

Imran Opens Home Business in Manassas Virginia



- SEPT 2015 DCCC HACKS BEGIN

Feb 15, 2016



Imran Awan Orders 150 iPhones From CDW-G For Home Delivery

Imran Awan has phone intended for Congress sent to his personal address, a violation of House of Representative security. Relatives testify in Daily Caller article he is sending IT equipment to Pakistan.

Feb 19, 2016

Unlawful Detainment - Luxury Dulles Condo

Mar 15, 2016

### House Committee On Administration Meets - Calls In House IG

As per the WaPo article



Apr 15, 2016

### House Inspector General Grafenstine Begins Monitor Awan Illegal Logins

5,400 Logins to Democratic Caucus Server Are Made in Seven Months, 5,100 of them unauthorized.



Apr 29, 2016

### Sanders Withdraws DNC Lawsuit - Chopras Lash Out?



May 12, 2016

### Pelosi Has Closed Door Meeting - Asks To Get DWS Laptop For Imran

Pelose has DWS Chief of Staff fetch her laptop for Imran.



Jun 14, 2016

### Russia Blamed For DNC Hack, Later Debunked

Several forensic experts later debunk external hack theory, internal leak ruled cause. FBI never examines servers.



Jul 28, 2016

### Becks File DNC Lawsuit

Becks Not Aware of ActBlues Phishing and Imran Investigation



Sep 15, 2016

### "Abid" Awan FiredIn Credit Union Probe

*DCCC HACKS BEGIN - SEPT 2016 - END 2016*

Congressional Federal Credit Union CEO Resigns, Investigation Report Is Not Published



Oct 14, 2016

### Grafenstine Writes Cyberhacking Article For The Hill



Oct 18, 2016

● Tegiwa Parts Dealer Small Claim



Oct 21, 2016

● House IG Grafenstine Hands Investigation "Over"

Does Grafenstine wait for right before election to hand over case to FBI?



Oct 26, 2016

● True Pundit Breaks Huma Laptop 650K Emails

Was Imran Sweeping Congressional Servers Every Hour and Sending to Weiner



Oct 28, 2016

● Comey Sends Letter To Congress

Comey Force To Respond To Congressional Hacking



Nov 13, 2016

● DOJ Waits to Convene Grand Jury Indictment of Awans Until After Election

DOJ Waits To Convene Grand Jury



Jan 5, 2017

● Unlawful Detainment at Springfield Home



Jan 20, 2017

● Twenty Congressional Burglaries, External Server Discovered

Capitol police find evidence of external server in Becerra's Democratic Caucus office. Police are given false image of server.



Feb 19, 2017

● Unlawful Detainment - Upscale Dulles Airport Condos



Mar 5, 2017

### Hina Alvi Arrested at Dulles Airport

Mar 6, 2017

### DHS Inspector General Raid



Mar 10, 2017

### Jamal, Hina, and Imran Fired From Congress, Imran Retained As Consultant



Apr 6, 2017

### Imran Awan Caught By Capitol Police in Rayburn Phone Booth

Imran Awan caught with DWS laptop, hard drives, notebook marked Attorney Client privilege, and OAG Letters

Apr 10, 2017

### George Webb Discovers Pried Hard Drives, Gov't Laptops/Blackberries



George Webb interviews Andre Taggart, an ex-Marine renting the Hawkshead home in Lorton, VA from Imran Awan. Taggart reports that Imran used a false name and improperly stored gov't marked equipment at the home.

Jul 25, 2017

### Imran Arrested at Dulles Airport