**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**GEORGE WEBB SWEIGERT**,

Plaintiff,

v.

**JOHN PODESTA ET AL.,**

Defendants.

Case No. 1:17-cv-02330-RC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Huma M. Abedin.

Dated: December 14, 2017                     Respectfully submitted,

By:     */s/  Karen L. Dunn*
Karen L. Dunn (D.C. Bar No. 1002520)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com

*Counsel for Defendant Huma M. Abedin*