# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE WEBB SWEIGERT ) | Civil Action   1:17-cv-02330-(RC) |
| Plaintiff(s) ) | Filed   02/02/2018 |
| vs. ) | Judge Rudolph Contreras |
| JOHN PODESTA, et al. ) |  |
| Defendant(s) ) |  |

## PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE ON

## DEFENDANT IMRAN AWAN

Plaintiff George Webb Sweigert hereby moves for an Order of Substituted Service on Defendant Imran Awan who has managed to avoid service of Process. In support of this motion, the Plaintiff George Webb Sweigert stated the following:

According to Rule 4 of the Federal Rules of Civil Procedure, reasonable attempts must be made by the Plaintiff with Certified Mail (Rule 4(D)) after following all procedures in Rule 4 (A-C). The Plaintiff hereby asserts extraordinary efforts for beyond this reasonable attempt standard. The Plaintiff attests Certified Mail Service was attempted for Imran Awan on or about December 21st, 2017.  In addition, after a reasonable waiting period of one month for Certified Mail, a professional, experience process server in Washington D.C. was hired to attempt service at more that a dozen potential locations in the Northern Virginia area of last known addresses for Imran Awan at an expense of $850.  Additionally, a skip trace in depth finder service was employed at a cost of $250.  Two months ago, a professional investigator was employed to personally research over twenty possible locations from a file of over 100 potential real estate

transactions Imran Awan was involved in.  This investigator has reviewed hundreds of documents and conducted hundreds of criminal background searches over the last to months, in addition to visit three of the last known addresses of Imran Awan.  The invesigator was invited into all three homes, and had conversations with all the inhabitants who knew Imran Awan, making the occupants aware that Service was being attempted for Imran Awan.  This investigator also visited Pre-Trail Services here in Washington, DC since the Defendant Imran Awan is awaiting trial for two counts of Conspiracy and Bank Fraud and the Defendant has a GPS restriction of 150 miles.  The Defendant George Webb Sweigert has also assisted the investigator on a daily basis, adding considerably to the expense of daily hotel and meals over a120 day period of time here in the Washington, DC area.

Therefore, Plaintiff George Webb Sweigert, respectfully moves for this Court to order Substitute Service by US Marshalls under Rule 4, (3) *By Marshal or Someone Specially Appointed. At the plaintiff's request, the court may direct that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. This request will only be granted when: (A) service is to be made on behalf of the United States or an officer or agency of the United States; or (B) the court issues an order stating that service by a United States marshal or deputy marshal or by a person specially appointed by the court is required for service to be properly made in that particular action.*

Respectfully submitted,

*/s/* George Webb Sweigert, Pro Se

8850 Hampton Mall Drive

Capitol Heights, MD 20743

(503) 919-0748

georg.webb@gmail.com