UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE WEBB SWEIGERT | ) | Civil Action  1:17-cv-02330-(RC) |
| Plaintiff(s) | ) | Filed  2/4/2017 |
| vs. | ) | Judge Rudolph Contreras |
| JOHN PODESTA, et al. | ) | |
| Defendant(s) | ) | |

**RESPONSE IN OPPOSITION TO DEFENDANT KIM FRITT'S**

**MOTION TO DISMISS**

1)      With regard to the Defendant DNC and Debbie Wasserman Schultz's Motion to Dismiss filed on January 5, 2018, I would like to outline the fundamental question before the court in the conspiracy to commit fraud before addressing the individual motions to dismiss.  Quite simply, the fundamental question before the court is "did a conspiracy to commit fraud exist between Hillary For America, the Democratic National Committee, Fusion GPS, the Podesta Group, to commit fraud against the America people".  In the words of the Chairman that took over for these principal conspirators of the Democratic National Committee, Donna Brazille, the process was "rigged", with a secret Joint Funding Agreement signed in late September of 2015,  which allowed the sweeping of donations intended for Bernie Sanders and key recruiter and donor data in an system known as NGP/VAN to be swept up to Hillary For America from DNC

Servers as frequently as once per hour.  Chairman of Hillary for America, John Podesta, Vice Chairwoman of Hillary for America, Huma Abedin, and Chairwoman of the DNC, Debbie Wasserman Schultz were fully aware these sweeps of donations intend for Bernie Sanders and critical recruiting and donation data were being swept up on an hourly basis from DNC headquarters on Capitol Street in Washington, DC.  Donors and volunteers for Bernie Sanders and progressive Congressional candidates who supported Bernie Sanders policies had no idea their donations were instead going directly to Hillary For America and Hillary For America hand picked Congressional candidates.

Individual defenses up to this point have not addressed the fundamental question of conspiracy to commit fraud at all, but instead have tried to divide the Court ability to see the simple conspiracy for what it is by dividing to the Court's attention to corner cases of distantly related case law.  Four key Defendants have simply chosen to avoid service to avoid the question all together - Imran Awan, Abid Awan, Rao Abbas, and Hina Alvi..  The four key tests for fraud have been fully satisfied in the initial complaint along with the requirements for a RICO conspiracy which binds all defendants as a whole in this case.  Once this RICO conspiracy is determined, Defendant DNC and Debbie Wasserman Schultz are cojoined wit Chairman John Podesta, and his organization, Hillary For America, which bears shared responsibility for John Podesta's action once his organization, Hillary For America, took over daily operations of the DNC in October of 2015.  I will hereafter refer to this Defendant in fact as Defendant DNC and Debbie Wasserman Schultz/Podesta because they are bound by the RICO

Conspiracy. But the key tests of the conspiracy to commit Fraud are still clearly met. One - false statements were made - in essence donors were convinced they were donating to Bernie Sanders and Congressional candidates which supported Sander progressive agenda, two - the key conspirators knew these representations to be false, three - the conspirators knew the public and donors would rely on these false representations in making $228,000,000 in donations to Bernie Sanders, and four - there was a clear injury-in-fact from this fraud. Recent disclosures indicate that the FBI may have assisted the DNC to hire Fusion GPS to hire foreign operatives to prepare a several "salacious and unreliable" dossiers in the words of then FBI Directors James Comey, for submission of four FISA applications on this Court. The Plaintiff now believes that these conspirators have already committed four act of Fraud on the Court through confederate, bad actors at the FBI and DOJ. We are more convinced than ever that discovery will lead to clear and convincing evidence of this conspiracy to commit fraud. *Haines v. Kerner (1972)* states a pro se has more opportunity for discovery given the inequality of status between the Plaintiff and the large Corporate and Government entities in the Defense.

*Courts are guided by the principle that pro se plaintiffs are usually subjected to less exacting standards than plaintiffs who are represented by attorneys. Haines v. Kerner, 404 U.S. 519, 520, 92 S. Ct. 594 (1972). "[D]istrict courts have . . . strong incentives for ensuring adequate representation for pro se plaintiffs." Ficken v. Alvarez, 331 U.S. App. D.C. 37, 146 7 F.3d 978, 981 (D.C. Cir. 1998). However, this enduring legal principal does not relieve an unrepresented plaintiff of the burden of establishing her prima facie case. See, e.g., Moore v. Agency for Int'l Dev., 301 U.S. App. D.C. 327, 994 F.2d 874, 876 (D.C. Cir. 1993).*

In addition, upon information and believe from several news articles, Defendant Chairman of Hillary For America John Podesta and in turn CEO of Podesta Group Kim Fritts, would have known that key passwords to Classified State Dept systems such as PRISM and Palantir were forwarded by Huma Abedin to an insecure Yahoo email account after several well publicized attacks occured, making this crucial system access available to Russian hackers.  This enabled an illegal uranium trade which Uranium One, Inc. never registered for, and Kim Fritts is the CEO of Uranium One.  Upon information and belief, ARMZ was have also benefited from illegal uranium trade, and Kim Fritts is also the CEO of that firm on behalf of Podesta Group.

### *Huma Abedin Forwarded Top Secret Passwords To Yahoo Account Hacked By Russian With Odd Clinton Connection*

https://www.zerohedge.com/news/2018-01-02/huma-abedin-forwarded-top-secret-passwords-yahoo-account-hacked-russian-odd-clinton

When these potential leaks of national security passwords to State Department are leaked to foreign actors, as host of pay to play scenarios were enabled with reciprocal donations being made to Hillary For America and pay to play contracts with the Podesta Group.

### *Huma Abedin's Forwarded Passwords and Trump's Call for Jail*
*President's blast of Clinton aide follows disclosure that in 2009, she forwarded State Department login instructions to a personal email account*

https://www.wsj.com/articles/trump-calls-for-jail-for-clinton-aide-over-emailed-passwords-1515015745

2) With particular regard to Defendant DNC and Debbie Wasserman Schultz's Motion to Dismiss, objections are raised failure to state a cause of action and jurisdiction. Recent FBI reports have cited Classified information moving from Washington, DC and the State Department to Defendant Abedin's Blackberry device and then to her husband's unsecure laptop. FBI reports delineate over 2,100 classified documents being moved from Washington, DC to Hillary For America to Mrs. Abedin's Blackberry device in New York. Upon information and belief, Russian hackers Igor Suschin and Dmitry Dokuchaev were able to access key State Department resources concerning Uranium mineral deposit reports, uranium inventories and transportation schedules in and outside of Russia, and key way points in highly enriched uranium from Russia going to the United States. Vulnerable waypoints were compromised as a result, creating a loss of uranium to the black market in Eastern Europe. These thefts have dramatic impact on the nuclear security of the world and the United States because this material can be used to fashion a nuclear weapon. Hillary For America may very well have acted as a money laundering conduit in this subterfuge of the law.

*[Classified documents among newly released Huma emails found on Weiner's laptop](#)*

https://nypost.com/2017/12/29/classified-documents-among-newly-released-huma-abedin-emails-found-on-weiners-laptop/

The Plaintiff alleges this connection was accomplished through the hacking of the Awan Spy Ring in Congress and the connection of the DNC servers in Washington, DC to the Hillary For America services in Brooklyn, New York.  A clear cause of action is stated by this illegal sweeping of DNC money, data and national secrets to Brooklyn, New York.  Jurisdiction is determined by where they original crime took place - South Capitol Street in Washington, DC.  Shawn McCluskie, a key aide to Representative Xavier Becerra, has stated he tried to solve the 5,400 unauthorized logins to the Congressional Caucus servers himself rather that call the FBI with these illegal logins by the Defendant Imran Awan began concurrently with the Joint Funding Agreement being signed in October of 2015.

*Becerra Tried To Block Server Admin Over Red Flags, But Logins Continued, With Muted Reaction*

http://dailycaller.com/2017/12/11/becerra-tried-to-block-server-admin-over-red-flags-but-logins-continued-with-muted-reaction/?utm_campaign=atdailycaller&utm_source=Twitter&utm_medium=Social

Objections around Class for the John Doe and Jane Doe Plaintiffs are nullified by the Defendant's efforts to secure representation for this Class of injured Plaintiffs.  The Plaintiff has conducted a continuous daily campaign to discovery Plaintiffs in all 435 Congressional Districts of the United States - achieving both numerosity and diversity of Class.  Currently, 47,000 subscribes to follow the developing case on the Plaintiffs

news channel on YouTube where daily updates to the case are given. Negotiations with counsel base here in Washington DC to represent the injured class are well under way and should be achieved soon for the discovery phase of this civil action.

3) The Plaintiff's Complaint is a derivative of Wilding et al vs Debbie Wasserman Schultz, DNC, 0:2016cv61511 from a year prior in which an Appeals Court has ruled the case can proceed due to sufficient Standing. The key difference with this Complaint is the Plaintiff presents the actual monetary damages and the Plaintiff presents much more evidence of fraud and detrimental reliance on the DNC and Debbie Wasserman Schultz with new evidence that has come to light in the last year.

4) With regard to Standing, a total greater than $228,000,000 was given by Bernie Sanders donors indirectly or directly to the DNC for October 2015 to June 2016. We have now learned from recent disclosures by DNC Chairwoman, Donna Brazille that a secret agreement was made between Hillary For America and the DNC in October of 2015 to secretly sweep funds from the DNC before the first primary was even conducted in New Hampshire. Democratic Party members and Bernie Sanders donors relied on false assurances of a fair primary election cycle by the Defendant Debbie Wasserman Schultz and other DNC leaders. Donors and volunteers detrimentally relied on these statements that DNC leaders including but not limited to Debbie Wasserman Schultz knew to be false, and this constitutes Fraud.

5) Upon information and belief, Defendant Perez has known the key Defendant Imran Awan for a least eight years since he has been a member of the Democratic

Caucus.  Defendant Debbie Wasserman Schultz would have know about  Defendant Imran Awan's and Defendant Abid Awan's 7,000 illegal logins from October 2015 to August of 2016 into the Democratic Caucus Server, sweeping money and NGP VAN data to Hillary For America. He would have know Abid Awan was banned from the House network access in September 2016 in the Congressional Federal Credit Union investigation.  She would have know about the twenty Congressional burglaries on or about the Inauguration in January of 2017.  Defendant Debbie Wasserman Schultz would have know Defendant Imran Awan, Hina Alvi, and Jamal Awan  were barred from the Congressional network in February 2017 after a false server image was provided by Congressman Becerra to the Capitol Police.  He would have know about illegal network access to Congressional servers on April 6th, 2017 by Imran Awan.  Defendant Perez may have been aware of the illegal 123@mail.house.gov shared dropbox used by the Defendants which resulted in Terabytes of information flowing to Pakistan.  Defendant Debbie Wasserman Schultz, through numerous Capitol and Fairfax County Police reports, would have know Defendant Imran Awan and the member of this ring ran  a classic RICO conspiracy to defraud the US Government and later the donors to the Democratic Party and the Bernie Sanders Campaign.

5)      With regard to Defendant Debbie Wasserman Schultz's claim there is no injury-in-fact, the Defendant would have been made aware that 7,000 illegal logins were made from October 2015 to August 2016 on the Democratic Caucus Server, holding the email and accounts of 45 Members of the House of Representatives, sweeping donor's money and NGP/VAN donor and volunteer information to Hillary For America to

Chairman John Podesta.

Consider,

*Becerra Tried To Block Server Admin Over Red Flags, But Logins Continued, With Muted Reaction*

http://dailycaller.com/2017/12/11/becerra-tried-to-block-server-admin-over-red-flags-but-logins-continued-with-muted-reaction/

At no time did Defendant Debbie Wasserman Schultz make the public aware of this potential theft of campaign volunteer or contribution information over an eleven month period of time which was her key responsibility of officers of the DNC and Hillary For America.

According to FEC record, the Bernie Sanders Campaign raised $228,000,000.

## Fundraising Details

|  | Campaign Committee | Outside Groups | Combined |
|---|---|---|---|
| Total Raised | $228,164,501 | $0 | $228,164,501 |
| Total Spent | $222,709,340 | $0 | $222,709,340 |
| Cash on Hand | $5,473,008 | $0 | $5,473,008 |
| Debts | $449,409 | - | - |
| Date of Report | 12/31/16 | November 27, 2017 | - |

Defendant Debbie Wasserman Schultz knew members of the Democratic Party donating to Bernie Sanders were actually having their donations and volunteer information swept to Hillary For America in Brooklyn, New York. These misrepresentations of a fair election process, detrimental reliance on statements party leaders knew to be false, and resulting injury-in-fact constitute Fraud. By not making the public aware of this Fraud, Defendant Abedin committed Fraud and breached her fiduciary duty to the American people, and to members of the Democratic Party, and specifically to donors to the Bernie Sanders campaign.

6) The Plaintiff clearly has standing in that he donated to the Bernie Sanders Campaign three times, and he has added a proviso for other donors the were injured-in-fact in the Class Action provisions of the Complaint. Representation is being secured for these Classes of injured Defendants and will be available before Trial proceedings. In *Sloan vs SEC (1978)*, a Pro See Attorney with only 13 shares of stock successfully contested a Supreme Court case. The Defense has quoted a flurry of distantly related case rather than address this binary fact of Standing or No Standing. With regard to showing Cause and showing Injury-In-Fact, consider the new evidence:

    a) A secret agreement between Hillary For America and the DNC which swept all DNC funds surreptitiously to Hillary For America was not known to contributors to the Bernie Sanders campaign or other Democratic Party contributors.

    b) A secret server was maintained by the Imran Awan and surrogates that was illegally logged into over 7,000 times between October 2015 and May 2016,

potentially harvesting critical campaign donor and volunteer information from the NGP/VAN voter engagement system.

  c)  In February of 2016, an investigation was triggered for Defendant Imran Awan falsifying procurement documentation from CDW-G and illegally having iPhones and iPad intended for members of the House sent to his home in Lorton, Virginia.  When this fact is coupled with Defendant Imran Awan's long trips out of the country to Pakistan, this introduce the danger than the phones could be compromised with spyware overseas.

  d)  An investigation into the Congressional Federal Credit Union led to the October 2016 firing of Abid Awan.

  e)  Following twenty burglaries of Congress that has been attributed widely in the media to the Awans on or about the night of the Inauguration, Imran Awan, Jamal Awan, and Hina Alvi his wife were barred from the Congressional network.

  f)  In March or April, a backpack belonging to Imran Awan was found in the Rayburn Office Building with hard drives and the laptops of Congresswoman Debbie Wasserman Schultz, in clear violation of the Congressional ban from the network.

  g)  On March 6th, Hina Alvi, was stopped at Dulles Airport after having $12,000 case on her person, apparently fleeing the country after abrupting pulling her two children out of school.

h)  In October of 2017, a secret email account called 123@mail.house.gov to the Congressional network was discovered to still be active.  Court records indicate Imran Awan used this email on multiple occasions.  This would constitute a clear violation of the Congressional network.  The email account, in fact, still may be in use.

i)  Now there is strong evidence suggesting Defendant Imran Awan may have been involved in laundering $200 million dollars a month to known terrorist elements of Hezbollah for a drug ring in northern Virginia through a Cars International Inc. car dealership he owned in Falls Church, Virginia since 2008.  Defendant Debbie Wasserman Schultz would have known about large money transfers from the Congressional Federal Credit Union, as well as the creation of fake employee account to launder large sums of cash for this operation.

7)  The Plaintiff cites a numerous US government investigative reports which support the RICO conspiracy claim of Defendant Imran Awan and surrogates as well requesting local police reports that are germane to this case. Defendant Debbie Wasserman Schultz would have know about these police reports over at least a year period, and neither Perez/Podesta warned the American people or the member of the Democratic Party these individuals were intimately involved with the IT systems of the DNC.

8)  Defendant Debbie Wasserman Schultz has known Defendant Imran Awan has been a closely trusted information technology consultant for Defendant Debbie Wasserman Schultz since at least 2006.  In May of 2016, Wikileaks reveals that ever the

closest advisors of Mrs. Schultz did not have her iPad password in the middle of the hotly contested campaign, only Defendant Awan did.

9)   The evidence for a RICO conspiracy between Defendants Imran Awan, Abid Awan, Hina Alvi, Nataliia Sova, Rao Abbas, and Haseeb Rana could not be clearer. The claim that a violation of the Computer Fraud and Abuse Act occurred here are equally relevant.  Defendant Debbie Wasserman Schultz would have been aware of these laws and criminal activities, yet she did nothing to alert the public to these crimes over a year period.

10)   The Defense is trying to parse this RICO Conspiracy to shield the conspiracy here.  Imran Awan is already under criminal indictment for bank fraud and conspiracy charges with his wife, Hina Alvi.  The Defense is proffering a minor participant in the conspiracy in hopes of obfuscating the case.

11)   Defendant Imran Awan has not responded to the Plaintiff's numerous attempts to serve Defendant Imran Awan  The Plaintiff has attempted Certified Mail, used a well know process server here in Washington, DC, Same Day Process, and employed an ex law enforcement officer and investigator that spoke with the occupants all four known addresses of the Defendant to attempt Service of the Defendant Imran Awan.  The Defendant in question is currently under the High Intensity Supervision Program of this Court under indictment for Bank Fraud and Conspiracy charges and restricted to an area within 150 miles of this Court.  Upon information and belief, an ex law

enforcement officer and investigator, Jennifer Moore, spoke with Imran's brother Omar at the 6314 Thomas Drive location in Springfield, Virginia on December 10th, 2017, and he stated that Imran frequented this location.   Service has been attempted at this address numerous times.   Here is a brief timeline of events of the RICO conspiracy.






13)     Upon information and belief, the Defendant Imran Awan has been the subject of numerous police reports - both for the US Capitol Police and the Fairfax County Police. A simple production of documents with should already be public will quickly establish the RICO Conspiracy on the Computer Fraud and Abuse.

I therefore motion for this Court to deny Defendant Debbie Wasserman Schultz's Motion for Dismiss, given the clear Standing, Injury in Fact, Fraud, and Detrimental Reliance on the DNC and its actors. Additionally, I hereby motion the compel these compel these agencies with a Writ of Mandamus to produce all police reports from the Capitol Police and records related to the Defendant Imran Awan in an unredacted form. This Court can then begin the  Discovery process of Requests For Admission, Interrogatories, and Depositions on a firm foundation of fact in the interest of judicial economy for this Court.

Respectfully submitted,

/s/George Webb Sweigert, Pro Se

8850 Hampton Mall Drive

Capitol Heights, MD 20743

(503) 919-0748

georg.webb@gmail.com