# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE WEBB SWEIGERT | ) | Civil Action   1:17-cv-02330-(RC) |
| Plaintiff(s) | ) | Filed   02/07/2018 |
| vs. | ) | Judge Rudolph Contreras |
| JOHN PODESTA, et al. | ) |  |
| Defendant(s) | ) |  |

## PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE ON
## DEFENDANT ANTHONY WEINER

Plaintiff George Webb Sweigert hereby moves for an Order of Substituted Service on Defendant Imran Awan who has managed to avoid service of Process. In support of this motion, the Plaintiff George Webb Sweigert stated the following:

According to Rule 4 of the Federal Rules of Civil Procedure, reasonable attempts must be made by the Plaintiff with Certified Mail (Rule 4(D) after following all procedures in Rule 4 (A-C). The Plaintiff hereby asserts extraordinary efforts for beyond this reasonable attempt standard for serving Defendant Anthony Weiner.  The Plaintiff attests Certified Mail Service was attempted for Anthony Weiner on or about November 5th, 2017.  In addition, after a reasonable waiting period of one month for Certified Mail, a professional, experience process server in Washington D.C. was hired to work with New York and Massachusetts process servers to serve Defendant Anthony Weiner at the Devers Medical Facility in Ayers, Massachussettes without success.

Therefore, Plaintiff George Webb Sweigert, respectfully moves for this Court to order Substitute Service by US Marshalls under Rule 4, (3) *By Marshal or Someone Specially Appointed. At the plaintiff's request, the court may direct that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. This request will only be granted when: (A) service is to be made on behalf of the United States or an officer or agency of the United States; or (B) the court issues an order stating that service by a United States marshal or deputy marshal or by a person specially appointed by the court is required for service to be properly made in that particular action.*

Respectfully submitted,                                           Dated February 7th, 2018

*[signature: George Sweigert]*

/s/George Webb Sweigert, Pro Se

8850 Hampton Mall Drive

Capitol Heights, MD 20743

(503) 919-0748

georg.webb@gmail.com