## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE WEBB SWEIGERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-02330 (RC) |
| ) | |
| JOHN PODESTA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### REPLY IN SUPPORT OF MOTION TO DISMISS

For all of the reasons stated in the Reply of Defendants DNC and Podesta in Support of Their Motion to Dismiss Plaintiff's Complaint (Feb. 12, 2018) (ECF No. 45), this Court should grant Congresswoman Deborah Wasserman Schultz's Motion to Dismiss (Dec. 19, 2017) (ECF No. 24) ("Motion to Dismiss"), and thereby dismiss with prejudice, and without leave to amend, Plaintiff's Complaint as against the Congresswoman (or, in the alternative, strike the class allegations in Plaintiff's Complaint).

Alternatively and independently, this Court should dismiss Plaintiff's claims against the Congresswoman on the additional ground that he has failed properly to serve her. *See* Mot. to Dismiss at 1-2. After the Congresswoman argued for dismissal on that ground (in addition to expressly adopting the DNC's various additional arguments for dismissal), this Court *sua sponte* provided Plaintiff "additional time to respond." Order (Dec. 27, 2017) (ECF No. 30). In doing so, however, the Court expressly cautioned Plaintiff that, "[i]f [he] neither responds nor moves for an extension of time by [February 5, 2018], the Court may treat the motions [to dismiss] as conceded and dismiss the Plaintiff's complaint as to those defendants." *Id.*

Plaintiff timely responded to the Congresswoman's motion to dismiss, *see* Resp. in

.
.

Opp'n to Def. Kim Fritt's [sic] Mot. to Dismiss (Feb. 5, 2018) (ECF No. 40), but in so doing failed to offer any response regarding his failure properly to serve her, *see id*. "When a plaintiff fails to address arguments made in a motion to dismiss, the Court may treat those arguments as conceded." *Dawn J. Bennett Holding, LLC v. FedEx TechConnect, Inc.*, 217 F. Supp. 3d 79, 82 (D.D.C. 2016), *aff'd*, No. 16-7144, 2017 WL 2373115 (D.C. Cir. Apr. 4, 2017); *see also* Local Civil Rule 7(b) (permitting this Court to "treat . . . as conceded" a motion not met with a timely filed memorandum). Accordingly, this Court should, for this additional reason, dismiss Plaintiff's claims as against the Congresswoman.

## CONCLUSION

Plaintiff's Complaint as against Congresswoman Wasserman Schultz should be dismissed in its entirety with prejudice and without leave to amend.

Dated:  February 12, 2018

Respectfully submitted,

By */s/ William Pittard*

William Pittard (D.D.C. Bar No. 482949)
Emily Voshell (D.D.C. Bar No. 1029403)
**KaiserDillon PLLC**
1401 K St., N.W., Suite 600
Washington, D.C. 20005
Phone: (202) 683-6150
Fax: (202) 280-1034
wpittard@kaiserdillon.com
evoshell@kaiserdillon.com

*Attorneys for Defendant
Deborah Wasserman Schultz*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2018, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice to all counsel of record, and I have served the following individual by first class U.S. mail:

George Webb Sweigert
Country Inn
8850 Hampton Mall Drive N.
Capitol Heights, MD 20743


Dated:  February 12, 2018                                      */s/ William Pittard*
                                                               William Pittard